# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Inventergy LBS, LLC,**<br><br>    Plaintiff,<br><br> v.<br><br>**Geoforce, Inc.,**<br><br>    Defendant. | C.A. No. 1:19-cv-00028-LPS<br><br>Patent Case<br><br>Jury Trial Demanded |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Inventergy LBS, LLC ("Inventergy") hereby dismisses this action with prejudice. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: April 8, 2019

              Respectfully submitted,

              DEVLIN LAW FIRM LLC

              */s/ Timothy Devlin*
              Timothy Devlin (No. 4241)
              1306 N. Broom St., Suite 1
              Wilmington, DE 19806
              Phone: 302.449.9010
              Fax: 302.353.4251
              tdevlin@devlinlawfirm.com

Isaac Rabicoff
(*Pro Hac Vice* Admission Pending)
Kenneth Matuszewski
(*Pro Hac Vice* Admission Pending)
RABICOFF LAW LLC
73 W. Monroe St.
Chicago, IL 60603
Phone: 773-669-4590
Email: isaac@rabilaw.com
          kenneth@rabilaw.com

*Attorneys for Plaintiff Inventergy LBS, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 8, 2019.

/s/ Timothy Devlin
Timothy Devlin